MAIL

JUL 25 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

FREDERICK BANKS,
            PLAINTIFF,

vs.                                              Civil Action No.

PNC BANK; CEO, PNC BANK
NATIONAL CITY BANK; CEO NATIONAL
CITY BANK; ROBERT DICKEY; WELLS FARGO BANK;          **CV06 1109**
CEO WELLS FARGO BANK; CHRISTINE ANDERSON;
EUREKA BANK; CEO EUREKA BANK; CITIZENS
BANK; CEO CITIZENS BANK; SKY BANK; CEO
SKY BANK; STEVEN ZINGER; AMAZON.COM; CEO,
AMAZON.COM; RHONDA VAN WINKLE;
THE UPS STORE; MANAGER, THE UPS STORE;
GIANT EAGLE; JIM ROZBORIL,
            DEFENDANTS.

06-CV-01109-IFP

### APPLICATION TO PROCEED IN FORMA PAUPERIS; AND AUTHORIZATION; AND MOTION TO ADVANCE COSTS OF COPIES FOR SERVICE

Plaintiff Frederick Banks ("Banks") moves this Honorable Court to allow him to proceed *In Forma Pauperis* and to authorize the Clerk to make the necessary amount of copies for forwarding to the US Marshal's for service and represents as follows;

I am willing to pursue my claims in this action under the new provisions of the Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $350.00 has been paid in full.

I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. § 1915(b).

I have not, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.

I am not presently employed at the Institution.

I do not own any cash or other property; have a bank account; or receive money from any source except my family which is usually $100 dollars a month but I have not received any money in over a month and have a $0.00 balance in my account.

I certify under penalty of perjury that the foregoing contained in this pleading is true and correct.

Executed on June 4, 2006

_____
Frederick Banks

This certification is executed pursuant to Title 28, United States Code, Section 1746.

## AUTHORIZATION

> Note: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, Frederick Banks, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Western District of Washington, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: June 4, 2006

_____
Frederick Banks

## Advancement of Copies

Further, Banks respectfully moves this Honorable Court to compel the Clerk to make the

necessary copies for service by the U.S. Marshal because he does not have the ability to make photocopies. That is the institution at Canaan where Banks is confined allows him to make one copy of each document he has on file in the computer. The computer files are deleted every Friday. The jail does not allow Banks to receive multiple copies of documents. Since Banks cannot receive multiple copies of the needed documents he respectfully asks the Court to order the Clerk to provide copies to the U.S. Marshal for service and to forward back to Banks copies of the filed documents herein.

      WHEREFORE, the plaintiff, Frederick Banks respectfully requests that the foregoing motions be granted.

Respectfully submitted,

Frederick Banks
05711-068
Federal Prison Camp
Canaan
PO Box 200
Waymart, PA 18472

PLAINTIFF