UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | CASE NO. C06-1109-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION |
| v. | ) | TO PROCEED *IN FORMA PAUPERIS* |
| | ) | AND DIRECTING INSTITUTION TO |
| PNC BANK, et al., | ) | CALCULATE, COLLECT, AND |
| | ) | FORWARD PAYMENTS |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Frederick Banks has filed an application to proceed *in forma pauperis* (IFP) in this civil action. Having reviewed that application, the court finds and ORDERS:

(1) Plaintiff's application to proceed IFP is **GRANTED. As set forth below, an initial partial filing fee will be collected, and thereafter each month plaintiff is required to pay 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.**

(2) Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed IFP, the agency having custody of the above named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (1) the average monthly deposits to the

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
PAGE -1

prisoner's account; or (2) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order.  The initial partial filing fee should be forwarded to the court clerk as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the financial officer of the correctional facility is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to the prisoner's account.  In the event that the monthly payment would reduce the prisoner's account below $10.00, the financial officer should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit does not apply to the initial partial filing fee described above.  Finally, the monthly payments should be collected and forwarded to the court until the entire filing fee ($350.00) for this matter has been paid.

(3)   The Clerk is directed to send a copy of this order to plaintiff and to the financial officer of the correctional facility.

DATED this <u>12th</u> day of October, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
PAGE -2